**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| NANETTE ABAO, *et al.*, | : | Case No. 2:24-cv-3453 |
| | : | |
| Petitioners, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| MARIA QUINN, *et. al*., | : | |
| | : | |
| Respondents. | : | |

---

### ORDER

---

In July 2024, this matter was transferred to the United States District Court for the Western District of Michigan, Northern Division, for further proceedings. (ECF No. 3). This case, Southern District of Ohio Case No. 2:24-cv-3453, is closed.

Thereafter, Petitioner Cunningham filed a document in both the new Michigan case and in this case. (ECF No. 4). The Court struck this filing from the docket of this case and instructed Cunningham not to file any additional documents in it. (ECF No. 5).

Cunningham did not comply with the Court's order. The Court has received at least three additional documents from him. Some were returned to him unfiled on August 29 and September 9, 2024, respectively. Cunningham's most recent submission was received and docketed by the Clerk of Court on September 13, 2024. (ECF No. 6).

The Court **STRIKES** Cunningham's latest submission from the docket of this case and **DIRECTS** the Clerk not to accept any further documents for filing from Cunningham in this case. Any additional documents received from Cunningham in this

case will be returned to him unfiled. If he continues to attempt to file in this case, he may

be subject to other sanctions for violating the Court's orders.

**IT IS SO ORDERED.**


September 27, 2024                          *s/Caroline H. Gentry*
                                            CAROLINE H. GENTRY
                                            UNITED STATES MAGISTRATE JUDGE